IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -8 PM 4: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

TERRICK KING

    Plaintiff,

VS.                                                        Civil Action No. 03-2974-M̶l̶ V

UNITED STATES OF AMERICA,

    Defendant.

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the joint request of the Plaintiff and defendant, United States of America, for a dismissal of the Complaint with prejudice as to all claims against the United States, in that a settlement has been reached and all issues have been resolved by agreement. It is, therefore, by the Court **ORDERED** that the request for dismissal with prejudice is hereby granted and that all claims against the United States in this action are hereby dismissed with prejudice, the parties hereto bearing their own costs and fees.

    **ENTERED** this the ___8th___ day of ___June___, 2005.

                                              _____
                                              J̶O̶N̶ ̶P̶.̶ ̶M̶C̶C̶A̶L̶L̶A̶
                                              U̶N̶I̶T̶E̶D̶ ̶S̶T̶A̶T̶E̶S̶ ̶D̶I̶S̶T̶R̶I̶C̶T̶ ̶J̶U̶D̶G̶E̶
                                              U.S. Magistrate Judge

APPROVED:

_____
Lee J. Bloomfield
Attorney for Plaintiff

_____
Harriett Miller Halmon
Assistant United States Attorney
Attorney for the Defendant
United States of America

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-9-05

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:03-CV-02974 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Robert W. Jacobson
GATTI KELTNER BIENVENU & MONTESI
219 Adams Ave.
Memphis, TN 38103

Sidney P. Alexander
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee J. Bloomfield
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Diane Vescovo
US DISTRICT COURT